UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
TEODORO JOSE GUZMAN, on behalf of himself, and others similarly situated,

                        Plaintiff,

                                                                     19-cv-00670-DLI-SJB

                                                                      **NOTICE OF APPEARANCE**

        -against-

J.J. TAPPER & CO., INC., *dba* THE GARDEN;
THE EPICUREAN GARDEN, LLC *dba* THE GARDEN;
UNITED T LLC *dba* THE GARDEN, *or any other business entity doing business as* "THE GARDEN", located at 917-921 Manhattan Avenue, Brooklyn, NY 11222; and
JOHN A. TAPPER, and ELIZABETH TAPPER, Individually,

                                     Defendants.
------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for the defendants UNITED T LLC *dba* THE GARDEN and ELIZABETH TAPPER in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:  Long Island City, New York
          October 10, 2019

                                                   STEPHEN D. HANS & ASSOCIATES, P.C.

                                                   By**:**   **/s/Stephen D. Hans**
                                                         Stephen D. Hans (SH-0798)
                                                         45-18 Court Square, Suite 403
                                                         Long Island City, New York 11101
                                                          Tel: 718.275.6700 x 204
                                                          Fax: 718.275.6704
                                                          Email: shans@hansassociates.com