UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
TEODORO JOSE GUZMAN, on behalf of himself, and others
similarly situated,

                              Plaintiff,

                                                      **19-cv-00670-DLI-SJB**

                                                      **NOTICE OF APPEARANCE**

             -against-

J.J. TAPPER & CO., INC., *dba* THE GARDEN;
THE EPICUREAN GARDEN, LLC *dba* THE GARDEN;
UNITED T LLC *dba* THE GARDEN, *or any other business
entity doing business as* "THE GARDEN", located at 917-921
Manhattan Avenue, Brooklyn, NY 11222; and
JOHN A. TAPPER, and ELIZABETH TAPPER, Individually,

                               Defendants.
------------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for the defendants UNITED T LLC and ELIZABETH TAPPER in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
         October 10, 2019

                                          STEPHEN D. HANS & ASSOCIATES, P.C.

                                    By**:** **/s/Stephen D. Hans**
                                        Stephen D. Hans (SH-0798)
                                        45-18 Court Square, Suite 403
                                        Long Island City, New York 11101
                                        Tel: 718.275.6700 x 204
                                        Fax: 718.275.6704
                                        Email: shans@hansassociates.com