# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 14, 2020

**REQUEST FOR EXTENSION OF
DISCOVERY AND REFERENCE**

<u>VIA ECF</u>

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     *Teodoro Jose Guzman v. J.J. Tapper & Co., Inc., et al.*
> <u>Case No. 19-CV-670  (SJB)</u>

Dear Judge Bulsara,

We are counsel for the plaintiffs in the above action in which the parties have consented to this court's jurisdiction for all purposes. We write with reference to the court's docket order of December 8, 2020.

The parties jointly request the court extend discovery through the end of January, 2021. The parties also request the court refer the case to a Magistrate Judge for settlement.

Counsel are available for a telephone call with the court at its convenience. We thank the court for its consideration of this matter.

Respectfully submitted,
/s/ Peter Hans Cooper
Peter H. Cooper

PHC/mjz

cc:     All counsel of record